ACCEPTED
03-14-00510-CV
6408242
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/7/2015 2:59:15 PM
JEFFREY D. KYLE
CLERK



**FBH & F**

FRITZ, BYRNE, HEAD & FITZPATRICK, PLLC

*Attorneys at Law*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/7/2015 2:59:15 PM

JEFFREY D. KYLE
Clerk

August 5, 2015

*Via efile.gov*
Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P. O. Box 12547
Austin, Texas 78711-2547

> Re: Court of Appeals Number: 03-14-00510-CV
> Trial Court Case Number: D-1-GB-13-002811
> *Noah S. Bunker, et al v. Tracy D. Strandhagen*
>
> Notification of Intent to Argue on September 16, 2015;

Dear Mr. Kyle:

Pursuant to your letter of August 4, 2015 requesting notification of who will be appearing for oral argument, please note that Daniel H. Byrne will be presenting oral argument in this matter on September 16, 2015.

Should you need anything further from us, please do not hesitate to contact us.

Very truly yours,

Daniel H. Byrne

DHB/mpy
cc: *Via email ataylor@textaxlaw.com*
Amanda Taylor



*Value Driven . . . Client Oriented*

221 WEST SIXTH STREET    SUITE 960    AUSTIN TX 78701    (512) 476-2020    FAX: (512) 477-5267    WWW.FBHF.COM